IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| **BECKEY ROBERTS,** | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. 7:12-cv-00199-O-KA |
| **CAROLYN W. COLVIN,** Acting Commissioner of the Social Security Administration, | § | |
| Defendant. | § | |

## ORDER ACCEPTING REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge Robert K. Roach issued a report and recommendation in this case. No objections were filed. The District Court reviewed the report and recommendation for plain error. Finding none, the Court accepts the report and recommendation of the United States Magistrate Judge.

Accordingly, the Commissioner's decision denying Plaintiff's application is **AFFIRMED** and Plaintiff's Complaint is dismissed with prejudice.

**SO ORDERED** on this **12th day** of **September, 2013.**

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**